## United States District Court
### For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

ROBERT E. DIETZ

**FILED IN COURT ASHEVILLE, N. C.**

**MAR 1 4 2006**

**U. S. DISTRICT COURT W. DIST. OF N. C.**

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:05mj231

Max Cogburn
Defendant's Attorney

**THE DEFENDANT:**

X    pleaded guilty to count(s) ONE
__    Pleaded guilty to violation(s)
__    Pleaded not guilty to count(s)
__    Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18 USC 1711 | Misappropriation of postal funds | 12/16/04 | ONE |

__    Counts(s) (is)(are) dismissed on the motion of the United States.
__    Violation Notice(s) (is)(are) dismissed on the motion of the United States.
__    Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant be placed on SUPERVISED PROBATION for a period of ONE (1) YEAR, under standing general conditions and the following SPECIAL CONDITIONS:
1.    That the defendant pay a fine in the amount of $500 and $25 assessment. The Court finds that the defendant does not have the ability to pay interest and therefore the Court will waive the interest requirement in this case.

Fine and assessment paid in full on March 13, 2006.

Under the sentencing guidelines, this is a TOTAL OFFENSE LEVEL 6 WITH A CRIMINAL HISTORY LEVEL OF I.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: March 13, 2006

_____
Signature of Judicial Officer

Date: March 13 2006

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal